**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTY M. BULLARD,** *Individually and as Parent and Natural Guardian of L.B., a Minor,* | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **PAUL H. DAVENPORT; and UNIFIED DOOR & HARDWARE GROUP, LLC.** | : | **NO. 23-4534** |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this 3rd day of September, 2026, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 39) and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the motion is **GRANTED.**

BY THE COURT:

HON. MIA R. PEREZ